# **<u>EXHIBIT 1</u>**

# 2073CV00825 Ribeiro, Eduardo C vs. Home Depot U S A, Inc doing business as Home Depot

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 11/30/2020
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Negligence - Personal Injury / Property Damage
- Status Date:
- 11/30/2020
- Case Judge:
- 
- Next Event:
- 

## All Information  Party  Tickler  Docket  Disposition

### Party Information

**Ribeiro, Eduardo C**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney |
|  | Gemma, Esq., Peter A |
|  | Bar Code |
|  | 669134 |
|  | Address |
|  | Gemma Law Associates Inc |
|  | 231 Reservoir Ave |
|  | Providence, RI  02907 |
|  | Phone Number |
|  | (401)467-2300 |

More Party Information

**Home Depot U S A, Inc**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 11/30/2020 | 03/01/2021 | 91 |  |
| Answer | 11/30/2020 | 03/30/2021 | 120 |  |
| Rule 12/19/20 Served By | 11/30/2020 | 03/30/2021 | 120 |  |
| Rule 12/19/20 Filed By | 11/30/2020 | 04/29/2021 | 150 |  |
| Rule 12/19/20 Heard By | 11/30/2020 | 06/01/2021 | 183 |  |
| Rule 15 Served By | 11/30/2020 | 03/30/2021 | 120 |  |
| Rule 15 Filed By | 11/30/2020 | 04/29/2021 | 150 |  |
| Rule 15 Heard By | 11/30/2020 | 06/01/2021 | 183 |  |
| Discovery | 11/30/2020 | 09/27/2021 | 301 |  |
| Rule 56 Served By | 11/30/2020 | 10/26/2021 | 330 |  |
| Rule 56 Filed By | 11/30/2020 | 11/26/2021 | 361 |  |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Final Pre-Trial Conference | 11/30/2020 | 03/25/2022 | 480 | |
| Judgment | 11/30/2020 | 11/30/2022 | 730 | |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/30/2020 | Attorney appearance<br>On this date Peter A Gemma, Esq. added as Private Counsel for Plaintiff Eduardo C Ribeiro | | |
| 11/30/2020 | Case assigned to:<br>DCM Track F - Fast Track was added on 11/30/2020 | | Image |
| 11/30/2020 | Original civil complaint filed. | 1 | Image |
| 11/30/2020 | Civil action cover sheet filed. | 2 | Image |
| 11/30/2020 | Demand for jury trial entered. | | |
| 12/07/2020 | One Trial case reviewed by Clerk, case to remain in the Superior Court.<br><br>Judge: Fregault, Garrett R | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

#1

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                        SUPERIOR COURT DEPT.
                                                      CA NO. 2073CV00825C

EDUARDO C. RIBEIRO,

             Plaintiff,                       BRISTOL, SS SUPERIOR COURT
                                                             FILED

v.                                                     NOV 3 0 2020

HOME DEPOT U.S.A., INC., d/b/a HOME        MARC J SANTOS, ESQ.
DEPOT, Alias John Doe                         CLERK/MAGISTRATE

             Defendant.

## COMPLAINT

### General Allegations

1. The Plaintiff, Eduardo C. Ribeiro, is a resident of the City of Fall River, County of Bristol, Commonwealth of Massachusetts.

2. The Defendant, Home Depot U.S.A., Inc., is a Delaware corporation with a principal office located at 2455 Paces Ferry Road, located in the City of Atlanta, State of Georgia. At all times mentioned herein, the defendant was licensed and authorized to do business in the Commonwealth of Massachusetts.

3. On or about December 12th, 2017 the defendant, Home Depot U.S.A., Inc d/b/a. Home Depot, operated a retail home improvement store known as Home Depot located at 1100 Newport Avenue, located in the town of South Attleboro, county of Bristol, Commonwealth of Massachusetts and at all times mentioned herein managed, maintained and controlled the operation of the store and was in possession of said store location.

4. On or about December 12th, 2017 the plaintiff, Eduardo C. Ribeiro, was a customer at the Home Depot located at 1100 Newport Avenue, South Attleboro, MA, shopping for a lally column when he was struck in the head by steel beam that was not properly attached to the shelving/display unit from which he was obtaining the item he was shopping for.

5. At the time and place aforesaid, the defendant was negligent in maintaining the area where the lally columns were displayed in a dangerous, unfit and negligent manner in that a steel beam at the display area was not properly affixed or attached to the shelving/display unit and created a dangerous and hazardous conditions for individuals shopping at the store. The defendant was also negligent in failing to warn the plaintiff of said danger. As a result of the defendant's negligence as aforesaid, the plaintiff was seriously injured when the steel beam fell from the shelving/display unit and struck the

plaintiff.

6. The defendant knew or should have know that the area where the plaintiff was shopping was dangerous and hazardous to persons shopping there.

7. The plaintiff was at all times in the exercise of due care and caution.

8. That as a direct and proximate result of Defendant's negligence as aforesaid, the Plaintiff sustained personal injuries and emotional harm, which incapacitated him, causes him great pain and suffering; he incurred, is continuing to incur, and in the future will incur expenses for medical and hospital care and attention.

9. The Plaintiff was unable to perform his usual occupation and lost wages, salaries and/or earnings, and also suffered a loss in earning capacity.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant, plus costs and interest. The monetary amount claimed is sufficient to establish the jurisdiction of the Superior Court.

The Plaintiff demands trial by jury.

By Plaintiff's Attorney,

*/signature/*

PETER A. GEMMA, ESQ #669134
GEMMA LAW ASSOCIATES, INC.
231 RESERVOIR AVENUE
PROVIDENCE, RHODE ISLAND 02907
TELEPHONE: (401) 467-2300
FACSIMILE: (401) 467-8678
E-MAIL: peter@gemmalaw.com

DATED: November 25, 2020

| CIVIL ACTION COVER SHEET *BRISTOL COUNTY USE ONLY* | DOCKET NUMBER 2073CV00825C | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): EDUARDO C. RIBEIRO | | COUNTY Bristol |
| ADDRESS: 567 3RD STREET | | |
| APARTMENT 1R | DEFENDANT(S): | HOME DEPOT U.S.A., INC., d/b/a HOME DEPOT |
| FALL RIVER, MA 02721 | | |
| ATTORNEY: PETER A. GEMMA | | |
| ADDRESS: 231 RESERVOIR AVENUE | ADDRESS: | c/o CORPORATION SERVICE COMPANY |
| PROVIDENCE, RI 02907 | | 84 STATE STREET, BOSTON, MA 02109 |
| BBO: 669134 | | |

BRISTOL, SS SUPERIOR COURT
FILED
NOV 30 2020
MARC J SANTOS, ESQ
CLERK/MAGISTRATE

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | PERSONAL INJURY | F | ☒ YES   ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............................................................................................................. $ 4,746.93
  2. Total doctor expenses ............................................................................................................... $ 11,529.00
  3. Total chiropractic expenses ...................................................................................................... $ 3,995.00
  4. Total physical therapy expenses .............................................................................................. $ 4,382.00
  5. Total other expenses (describe below) .................................................................................... $ 3,400.46
        Subtotal (A): $ 28,053.39
Ambulance Transportation, Radiology Reading Charges

B. Documented lost wages and compensation to date ....................................................................... $
C. Documented property damages to dated ....................................................................................... $
D. Reasonably anticipated future medical and hospital expenses ..................................................... $ 10,000.00
E. Reasonably anticipated lost wages ................................................................................................ $ 10,000.00
F. Other documented items of damages (describe below) ................................................................. $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Head contusion, headaches, right side numbness in shoulder

TOTAL (A-F): $ 48,053.36

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ 0

Signature of Attorney/Pro Se Plaintiff: X                                                                                      Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                                                                                              Date: 11/25/20

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2073CV00825 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Ribeiro, Eduardo C vs. Home Depot U S A, Inc doing business as Home Depot | | Marc J. Santos, Clerk of Court Bristol County |
| TO: File Copy | | COURT NAME & ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                                 DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 03/01/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 03/30/2021 | |
| All motions under MRCP 12, 19, and 20 | 03/30/2021 | 04/29/2021 | 06/01/2021 |
| All motions under MRCP 15 | 03/30/2021 | 04/29/2021 | 06/01/2021 |
| All discovery requests **and depositions** served and non-expert depositions completed | 09/27/2021 | | |
| All motions under MRCP 56 | 10/26/2021 | 11/26/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 03/25/2022 |
| Case shall be resolved and judgment shall issue by | | | 11/30/2022 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to

| DATE ISSUED 11/30/2020 | ASSISTANT CLERK Garrett Fregault | PHONE (508)823-6588 |
|---|---|---|

Date/Time Printed: 11-30-2020 15:06:59                                             SCV026\ 08/2018